

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Michael Sloggett, Appellant | Appeal from the 429th District Court of Collin County, Texas (Tr. Ct. No. 429-02904-2019). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |
| No. 06-20-00057-CV        v. | |
| LaCore Enterprises, LLC, Appellee | |

As stated in the Court's opinion of this date, we find partial reversible error in the summary judgment of the court below. Therefore, we reverse the summary judgment in favor of the Appellee on the Appellant's breach of contract and fraudulent-inducement claims. We affirm the trial court's judgment on the Appellant's claim for breach of fiduciary duty. We remand this case to the trial court for further proceedings consistent with our opinion in this matter.

We further order that the Appellee, LaCore Enterprises, LLC, pay all costs of this appeal.

RENDERED DECEMBER 1, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk